# In the United States District Court
# for the District of Utah, Central Division

FILED
U.S. DISTRICT COURT

2007 JUN 27  A 9: 41

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN C. CHRISTENSEN, and<br>DIANE C. CHRISTENSEN<br><br>Defendant. | **ORDER**<br><br>Case No. 2:06CR 554 JTG |

Before the Court is the Defendant's Joint Motion to Strike Surplusage pursuant to Rule 7(d) of the FEDERAL RULES OF CRIMINAL PROCEDURE. This Court has reviewed the Defendant's Motion, as well as the United States Opposition thereto. For the reasons stated in the United States Opposition, principally their discussion of the Untied States Supreme Court decision in *Apprendi v. New Jersey*, 530 U.S. 466 (2000), the Defendant's Motion to Strike Surplusage is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated this 2 day of June, 2007.

J. THOMAS GREENE
UNITED STATES DISTRICT JUDGE